■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. BROWN, Appellant

**1116**

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and Rabin, JJ.